1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11 ANTHONY R. TURNER,              )        1:06-cv-01703-OWW-GSA-PC
                                   )
12              Plaintiff,         )        ORDER REQUIRING PLAINTIFF TO INFORM
                                   )        THE COURT WHETHER HE WILL CONSENT
13      v.                         )        TO MAGISTRATE JUDGE JURISDICTION
                                   )
14 JEANNE S. WOODFORD, et al.,     )        ORDER FOR CLERK TO SEND FORM AND
                                   )        INSTRUCTIONS TO PLAINTIFF
15              Defendants.        )
                                   )        THIRTY DAY DEADLINE TO RETURN FORM
16

17        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. §

18 1983.  Plaintiff filed the complaint on June 29, 2006 in the United States District Court for the

19 Northern District of California.  On November 3, 2006, the case was transferred to this court.  On

20 November 30, 2006, the Clerk of the Court mailed a consent/decline form to plaintiff, with

21 information and instructions for informing the Court whether he would consent to Magistrate Judge

22 Jurisdiction.   Plaintiff has not returned the consent/decline form.   At this time, the court shall

23 require plaintiff to complete a consent/decline form and return it to the court.

24        Accordingly, plaintiff is ORDERED to inform the Court whether he will consent to

25 Magistrate Judge Jurisdiction.  Plaintiff must complete and return the consent/decline form within

26 thirty days from the date of service of this order.  Failure to follow this order will result in a

27 recommendation that this action be dismissed pursuant to Local Rule 11-110.

28

                                      1

1    The Clerk of the Court is DIRECTED to send to plaintiff another copy of the consent/decline

2  form and the instructions for consent to Magistrate Judge Jurisdiction.

3

4      IT IS SO ORDERED.

5    **Dated:    October 5, 2008**              /s/ **Gary S. Austin**
                                                UNITED STATES MAGISTRATE JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28