1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ANTHONY R. TURNER,                    1:06-cv-01703-OWW-GSA-PC

12            Plaintiff,                   ORDER ADOPTING FINDINGS
                                           AND RECOMMENDATIONS
13        vs.                              (Doc. 11.)

14   JEANNE S. WOODFORD, et al.,           ORDER DISMISSING ACTION  FOR
                                           PLAINTIFF'S FAILURE TO PROSECUTE
15            Defendants.                  ORDER DIRECTING CLERK TO CLOSE CASE

16   _____/

17            Anthony R. Turner ("plaintiff") is a state prisoner proceeding pro se in this civil rights

18   action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge

19   pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

20            On January 16, 2009, findings and recommendations were entered, recommending

21   that this action be dismissed based on plaintiff's failure to prosecute.  (Doc. 11.)  Plaintiff was

22   provided an opportunity to file objections to the findings and recommendations within thirty days.

23   To date, plaintiff has not filed objections or otherwise responded to the findings and

24   recommendations.[1]

25   _____

26            [1]The findings and recommendations were returned as undeliverable by the United States Postal Service on February
     3, 2009, with a notation on the envelope "Refused - Unable to Forward - Discharged."  Plaintiff has not notified the court
27   of any change in his address.  Absent such notice, service at a party's prior address is fully effective.  Local Rule 83-182(f).

28                                             1

1            In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-

2    305, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire

3    file, the court finds the findings and recommendations to be supported by the record and proper

4    analysis.

5            Accordingly, THE COURT HEREBY ORDERS that:

6            1.  The Findings and Recommendations issued by the Magistrate Judge on January

7    16, 2009, are adopted in full;

8            2.  This action is dismissed without prejudice, based on plaintiff's failure to

9    prosecute; and

10           3.  The Clerk of Court is directed to close this case.

11   IT IS SO ORDERED.

12   **Dated:   February 20, 2009**           **/s/ Oliver W. Wanger**
                                         UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28